No. A–834 (75–1379). MEYER *v.* UNITED STATES. C. A. 5th Cir. Application for stay of execution and enforcement of judgment of conviction entered by the United States District Court for the Northern District of

Georgia, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.